**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,<br><br>      Plaintiffs,<br><br>v.<br><br>ZOLL MEDICAL CORPORATION<br><br>      Defendant. | C.A. No. 1:10-cv-11041-NMG |

**JOINT MOTION TO MODIFY CERTAIN CLAIM-CONSTRUCTION DEADLINES**

Plaintiffs/Counterclaim-Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation (collectively "Philips") and Defendant/Counterclaim-Plaintiff ZOLL Medical Corporation ("ZOLL") **jointly** move to modify certain deadlines in this case, as follows:

| Event | Current Date | New Date Requested |
|---|---|---|
| Exchange of claim terms | June 18 | June 25 |
| Preliminary claim construction briefs | July 9 | July 20 |
| Reply claim construction briefs | July 19 | July 31 |
| Joint claim construction brief | August 3 | August 14 |

Since the Court originally set these deadlines at the Scheduling Conference held on August 18, 2011, a number of additional products have been added to the case, resulting in the need

for additional discovery and the exchange of additional contentions. Philips served ZOLL with its infringement contentions regarding these additional products on May 4, 2012 and ZOLL, by agreement between the parties, will serve its response on June 11, 2012. The parties have conferred and mutually agree that the above extension of time would facilitate claim construction briefing.

This motion is not made for delay, and the extension of only eleven days for filing the joint claim construction briefs should not impact any other case deadline, including the date of the *Markman* Hearing (October 4).

Accordingly, Philips and ZOLL jointly respectfully request that the Court grant this motion, and modify the deadlines as listed above.

**Dated: May 29, 2012**                                              Respectfully submitted,

By: */s/ Denise W. DeFranco*                              */s/ Proshanto Mukherji*

| | |
|---|---|
| Denise W. DeFranco (BBO No. 558859) | Frank E. Scherkenbach (BBO #653,819) |
| Email: denise.defranco@finnegan.com | Kurt L. Glitzenstein (BBO #565,312) |
| FINNEGAN, HENDERSON, FARABOW, | Adam J. Kessel (BBO #661,211) |
| GARRETT & DUNNER, L.L.P. | Proshanto Mukherji (BBO #675,801) |
| 55 Cambridge Parkway | Gauri Dhavan (BBO # 666,262) |
| Cambridge, MA 02142-1215 | Olivia Nguyen (BBO # 682,774) |
| Telephone: (617) 452-1600 | FISH & RICHARDSON, P.C. |
| Facsimile: (617) 452-1666 | One Marina Park Drive |
| | Boston, MA 02210-1878 |
| J. Michael Jakes | scherkenbach@fr.com; glitzen- |
| Robert F. Shaffer | stein@fr.com; kessel@fr.com; |
| FINNEGAN, HENDERSON, FARABOW, | mukherji@fr.com; dhavan@fr.com; |
| GARRETT & DUNNER, L.L.P. | onguyen@fr.com |
| 901 New York Avenue, N.W. | (617) 542-5070 |
| Washington, D.C. 20001 | |
| Telephone: (202) 408-4000 | Young Park (admitted *pro hac vice*) |
| Facsimile: (202) 408-4400 | Tal Kedem (admitted *pro hac vice*) |
| | FISH & RICHARDSON, P.C. |
| | 601 Lexington Avenue, 52nd Floor |
| | New York, NY 10022-4611 |
| | ypark@fr.com; kedem@fr.com |
| | (212) 765-5070 |
| Attorneys for Plaintiffs/Counterclaim-Defendants | Attorneys for Defendant/Counterclaim-Plaintiff |
| **Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation** | **ZOLL Medical Corporation** |

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in good faith in an effort to narrow or resolve the issues raised in this motion, and have agreed to file this motion jointly.

                                                                                    */s/ Proshanto Mukherji*
                                                                                    Proshanto Mukherji

**CERTIFICATE OF SERVICE**

I certify that this document and any attachments to it are being filed through the Court's electronic filing system on May 29, 2012, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                 */s/ Proshanto Mukherji*
                                                 Proshanto Mukherji