IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ZOLL MEDICAL CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 1:10-cv-11041-NMG |

**PLAINTIFFS' ASSENTED-TO MOTION TO IMPOUND**

Pursuant to Local Rule 7.2(d) and Paragraph 30 of the parties' Stipulated Protective Order (Dkt. No. 76), Plaintiffs Koninklijke Philips N.V. and Philips Electronics North America Corporation ("Philips") hereby move this Court for an order permitting Exhibit A to Philips's Assented-To Motion for Leave to File a Reply in Support of Their Motion for Summary Judgment to Preclude ZOLL from Collecting Damages Before July 12, 2010, Because of Failure to Provide Notice in Compliance with 35 U.S.C. § 287(a) be filed under seal.

In support of this motion, Plaintiffs state as follows:

1. Exhibit A to Philips's Assented-To Motion for Leave to File a Reply in Support of Their Motion for Summary Judgment to Preclude ZOLL from Collecting Damages Before July 12, 2010, Because of Failure to Provide Notice in Compliance with 35 U.S.C. § 287(a) contains information designated "CONFIDENTIAL" under the Protective Order.

2. Plaintiffs request leave to file Exhibit A to Philips's Assented-To Motion for Leave to File a Reply in Support of Their Motion for Summary Judgment to Preclude ZOLL from Collecting Damages Before July 12, 2010, Because of Failure to Provide Notice in Compliance with 35 U.S.C. § 287(a) under seal in order to preserve the confidential nature of the parties information contained therein.

*Subject, specifically, to the provisions of Local Rule 7.2, motion allowed. /s/ NM Gorton, USDJ 10/26/16*