UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,<br><br>Plaintiffs/Counterclaim-Defendants,<br><br>v.<br><br>ZOLL MEDICAL CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | C.A. No. 1:10-cv-11041-NMG |

**DEFENDANT/COUNTERCLAIM-PLAINTIFF ZOLL MEDICAL CORPORATION'S ASSENTED-TO MOTION TO IMPOUND**

Pursuant to Local Rule 7.2(d) and Paragraph 30 of the parties' Stipulated Protective Order (ECF No. 27-1), Defendant/Counterclaim-Plaintiff ZOLL Medical Corporation ("ZOLL") hereby moves this Court for an Order impounding and placing under seal:

- ZOLL Medical Corporation's Reply Memorandum in Support of its Motion for Summary Judgment Regarding Failure to Mark and Willfulness

- Exhibits 1-4 to the Declaration of David I. Gindler in Support of ZOLL Medical Corporation's Reply Memorandum in Support of its Motion for Summary Judgment Regarding Failure to Mark and Willfulness

The foregoing contains information designated by ZOLL and/or Philips as Confidential. ZOLL thus requests that an impounding Order be issued and that it remain in

*Subject, specifically, to the provisions of Local Rule 7.2, motion allowed.* NMGorton, USDJ 10/26/16

3217472