UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KONINKLIJKE PHILIPS N.V.
and PHILIPS ELECTRONICS NORTH
AMERICA CORPORATION,

   Plaintiffs/Counterclaim-Defendants,

              C.A. No. 1:10-cv-11041-NMG

  v.

ZOLL MEDICAL CORPORATION,

   Defendant/Counterclaim-Plaintiff.

---

## [PROPOSED] ORDER OF IMPOUNDMENT

   There having been filed a motion requesting impoundment of certain Confidential and/or

Highly Confidential Information within the meaning of the Stipulated Protective Order entered

by the Court on October 11, 2011, and it appearing that there is good cause to impound such

Confidential and/or Highly Confidential Information;

   IT IS HEREBY ORDERED that the material identified as follows:

   Portions of ZOLL Medical Corporation's Memorandum In Support Of Its Motion To

Stay Trial Pending Reexamination ("Memorandum") referencing Philips's damages claims, and

Exhibit A to the Declaration Of Alan Heinrich In Support of ZOLL Medical Corporation's

Motion To Stay Trial Pending Reexamination ("Heinrich Declaration"), shall be impounded until

sixty (60) days after the entry of final judgment herein.  Thereafter, the Confidential Information

shall be returned to counsel for the party who filed it, who shall retain it subject to further order

of the Court, for thirty (30) days after the final termination of this action, including any

applicable appeal period.

    ZOLL shall file on the public docket copies of the Memorandum and Heinrich

Declaration, with the impounded portions of those materials having been redacted.

*Subject, specifically, to the provisions of Local Rule 7.2*

Dated: ___Oct 26, 2016___        ___Nathaniel M. Gorton___
                                       UNITED STATES DISTRICT JUDGE