Rec'd 8/3/17
CL

United States District Court
District of Massachusetts

| | |
|---|---|
| Koninklijke Philips, N.V. and Philips Electronics North America LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>Zoll Medical Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)  10-11041-NMG<br>)<br>)<br>)<br>) |

### Verdict Form

1. **Damages for Infringement of Philips's '374 patent (the self-test patent)**

   (a) What amount of money do you award plaintiffs Koninklijke Philips, N.V. and Philips Electronics North America Limited Liability Company (collectively, "Philips") for a reasonable royalty due to infringement of the '374 patent?

   __Eight million nine hundred thousand dollars__ (words)

   $ __8,900,000.00__ (numbers)

   (b) What amount of money, if any, do you award Philips for lost profits due to the infringement of the '374 patent?

   __zero dollars__ (words)

   $ __0__ (numbers)

-1-

2. **Damages for Infringement of Philips's '454 and '905 patents (the waveform patents)**

   What amount of money do you award Philips for a reasonable royalty due to the infringement of the '454 and/or '905 patents?

   One million five hundred thousand dollars (words)

   $ 1,500,000.00 (numbers)

3. **Damages for Infringement of Zoll's '526 and '187 patents (the electrode and alarm patents)**

   What amount of money do you award defendant Zoll Medical Corporation ("Zoll"), for a reasonable royalty due to the infringement of the '526 patent and '187 patent?

   Three million three hundred thousand dollars (words)

   $ 3,300,000.00 (numbers)

4. **Willfulness (the self-test patent)**

   Was Zoll's infringement of the '374 patent willful?

   Yes _____    No ✓

YOUR DELIBERATIONS ARE COMPLETE. THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION WITHOUT REVEALING THE VERDICT TO THE MARSHAL. THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS VERDICT.

Dated: 8/3/17          Jury Foreperson: [signature]